IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 14-18091 |
| JCF of LOCKPORT INC. | ) Chapter 11 |
| | ) Judge Eugene R. Wedoff |
| debtors/debtors-in-possession. | ) *Substantively Consolidated* |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 21st day of April, 2015, at the hour of 10:00 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Eugene R. Wedoff, Bankruptcy Judge, in room 744 of the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present **Motion of the Law Firm of Crane, Heyman, Simon, Welch & Clar as Trustee's Counsel for Allowance and Payment of Final Compensation and Reimbursement of Expenses,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

By: /s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion and the Notice of Hearing to be served on all the parties with an asterisk (*) list via court's electronic registration/email(as indicated), and a copy of the Notice of Hearing only was served upon all parties on the attached service list on the 20th day of March, 2015, before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

### *Service through the Court's ECF*

Patrick S Layng *
Office of the U.S. Trustee, Region 11
219 S Dearborn St., Room 873
Chicago, IL 60604

Gregg Szilagyi*
542 S. Dearborn St., Ste. 1400
Chicago, IL 60605

O. Allan Fridman*
David T. Wallach
Wallach Michalec Fridman PC
555 Skokie Blvd., #500
Northbrook, IL 60062

Bruce C. Scalambrino*
Christopher L. Muniz
Scalambrino & Arnoff
One North LaSalle St., #1600
Chicago, IL 60602

Chicago Regional Council of Carpenters Appre
12 East Erie Street
Chicago, IL 60611-2789

Chicago Regional Council of Carpenters Pensi
12 East Erie Street
Chicago, IL 60611-2789

Chicago Regional Council of Carpenters Welfa
12 East Erie Street
Chicago, IL 60611-2789

SCF Commercial Flooring, Inc.
15757 Annico Drive
Unit 4
Homer Glen, IL 60491-4738

ATT
PO Boc 5080
Carol Stream, IL 60197-5080

ATT Cell
PO Box 6463
Carol Stream, IL 60197-6463

Ameri Gas
25224 W Route 30
Plainfield, IL 60544

Chicago Regional Council of Carpent
12 East Erie Street
Chicago, IL 60611-2789

Chicago Regional Council of Welfare
12 East Erie Street
Chicago, IL 60611-2789

Chicago Regional Council- Welfare
12 East Erie Street
Chicago, IL 60611-2789

Comed
PO Box 6111
Carol Stream, IL 60197-6111

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box7317
Philadelphia, PA 19101-7317

Jesus Serna
15016 Ceder Glen Drive
Lockport, IL 60491-6864

NU Way Disposal
PO Box 9
Mokena, IL 60448-0009

Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407

Peterson Properties
15745 Annico Drive
Homer Glen, IL 60491-9377

Philips 66
PO Box 530970
Atlanta, GA 30353-0970

Secuirty Solutions Alarm
1850 S 25th Street
Broadview, IL 60155-2864

Southland Supplies
1450 N Wood Dale Road
Wood Dale, IL 60191-1096

State Farm Insurance
PO Box 2329
Bloomington, IL 61702-2329

Todd Miller
3409 N Paulina St
Chicago, IL 60657-1220

U-Line
PO Box 88741
Chicago, IL 60680-1741

David T Wallach
Wallach Michaelec Fridman PC
321 N. Clark
5th Floor
Chicago, IL 60654-4714

Gregg Szilagyi
542 South Dearborn Street
Suite 1400
Chicago, IL 60605-1564

O Allan Fridman
Law office of O. Allan Fridman
555 Skokie Blvd
Suite 500
Northbrook, IL 60062-2845

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Chicago Regional Council of Carpenters Welfa
12 East Erie Street
Chicago, IL 60611-2789

JCF of Lockport Inc.
15757 Annico Drive Unit 4
Homer Glen, IL 60491-4738

ATT
PO Boc 5080
Carol Stream, IL 60197-5080

ATT Cell
PO Box 6463
Carol Stream, IL 60197-6463

Ameni Bas
25224 W Route 30
Plainfield, IL 60544

Ameri Gas
25224 W Route 30
Plainfield, IL 60544

Chicago Regional Council of Carpent
12 East Erie Street
Chicago, IL 60611-2789

Chicago Regional Council of Welfare
12 East Erie Street
Chicago, IL 60611-2789

Chicago Regional Council- Welfare
12 East Erie Street
Chicago, IL 60611-2789

Comed
PO Box 6111
Carol Stream, IL 60197-6111

Internal Revenue Service
Pob 7317
Philadelphia, PA 19101-7317

Jesus Serna
15016 Ceder Glen Drive
Lockport, IL 60491-6864

NU Way Disposal
PO Box 9
Mokena, IL 60448-0009

Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407

Peterson Properties
15745 Annico Drive
Homer Glen, IL 60491-9377

Philips 66
PO Box 530970
Atlanta, GA 30353-0970

SCF Flooring
15757 Annico Drive Unit 4
Homer Glen, IL 60491-4738

Secuirty Solutions Alarm
1850 S 25th Street
Broadview, IL 60155-2864

Southland Supplies
1450 N Wood Dale Road
Wood Dale, IL 60191-1096

State Farm Insurance
PO Box 2329
Bloomington, IL 61702-2329

Todd Miller
3409 N Paulina St
Chicago, IL 60657-1220

U-Line
PO Box
88741
Chicago, IL

V-LIne
PO Box
88741
Chicago, IL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                )
                                                      )   Case No. 14-18091
JCF of LOCKPORT INC.                                  )   Chapter 11
                                                      )   Judge Eugene R. Wedoff
                                                      )
           debtors/debtors-in-possession.             )

**NOTICE OF HEARING ON MOTIONS FOR ALLOWANCE OF FINAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES TO
TRUSTEE AND TRUSTEE'S COUNSEL**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that Gregg E. Szilagyi as Trustee for the Chapter 11 estates of JCF of Lockport, Inc. and SCF Commercial Flooring, Inc. ("Trustee") has filed his First and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Gregg Szilagyi, as Trustee, seeking payment of $20,000 for services rendered by the Trustee from the date of his appointment through April 21, 2015.

PLEASE TAKE FURTHER NOTICE that Crane, Heyman, Simon, Welch & Clar, counsel for Gregg E. Szilagyi as Trustee for the estates of JCF of Lockport, Inc. and SCF Commercial Flooring, Inc., has filed its Motion for Allowance and Payment of Final Compensation and Reimbursement of Expenses (the "Motion"), thereby requesting the sum of $6,388.00 for legal services rendered and $32.94 for expenses incurred for the period commencing August 19, 2014 through and including March 31, 2015.

PLEASE TAKE FURTHER NOTICE that any person objecting to the Motions are directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30 p.m., on the **17th day of April, 2015**, with a copy of said objection(s) to be simultaneously served upon Scott R. Clar, Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle, Suite 3705, Chicago, Illinois 60603 and Gregg E. Szilagy, Tailwind Services, 542 Dearborn St., Suite 1400, Chicago, IL 60605.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion together with objections timely filed, if any, will be held before the Honorable Eugene R. Wedoff, Bankruptcy Judge, Courtroom No. 744, 219 South Dearborn Street, Chicago, Illinois, on the **21st day of April, 2015**, at the hour of **10:00 a.m.**, at which time and place you may appear if you so see fit.

DATED: March 31, 2015

**TRUSTEE'S COUNSEL**:
Scott R. Clar  (Atty. No. 06183741)
Brian P. Welch  (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )
                                          )  Case No. 14-18091
JCF of LOCKPORT INC.                      )  Chapter 11
                                          )  Judge Eugene R. Wedoff
    debtors/debtors-in-possession.        )

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant: <u>CRANE, HEYMAN, SIMON, WELCH & CLAR, Trustee's Counsel</u>

Authorized to Provide
Professional Services to: <u>Trustee</u>

Date of Order
Authorizing Employment:  <u>August 19, 2014</u>

Period for Which Compensation
is Sought:  From: <u>August 19, 2014</u>  through <u>March 31, 2015</u>

Amount of Fees Sought: <u>$6,388.00</u>

Amount of Expense
Reimbursement Sought: <u>$ 32.94</u>

This is a(n):  Interim Application __   Final Application <u>X</u>
If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is:

                                          Gregg Szilagyi, trustee of the estates
                                          of JCF of Lockport Inc. and SCF
                                          Commercial Flooring, Inc.

Date: <u>March 31, 2015</u>           Applicant:
                                          By: <u>/s/Scott R. Clar</u>
                                              Trustee's Counsel

N THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              )
                                                    )   Case No. 14-18091
JCF of LOCKPORT INC.,                               )   Chapter 11
                                                    )   Judge Eugene R. Wedoff
   debtors/debtors-in-possession.                  )   *Substantively Consolidated*[1]

## MOTION OF THE LAW FIRM OF CRANE, HEYMAN, SIMON, WELCH & CLAR AS TRUSTEE'S COUNSEL FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO THE HONORABLE EUGENE R. WEDOFF, Bankruptcy Judge:

NOW COMES Crane, Heyman, Simon, Welch & Clar (collectively "CHSWC"), as counsel for Gregg Szilagyi, not individually, but as trustee of the Chapter 7 estate of JCF of LOCKPORT INC. ("Trustee"), and for its Motion pursuant to Sections 330 and 331 of the Bankruptcy Code for Allowance and Payment of Final Compensation and Reimbursement of Expenses, respectfully state as follows:

1.  On January 7, 2014, an involuntary petition under Section 303 of the Bankruptcy Code was filed against SCF Commercial Flooring, Inc. ("SCF") by three of its creditors (the "SCF Involuntary Case"). An order for relief was entered under Chapter 11 of the Bankruptcy Code on May 14, 2014 in the SCF Involuntary Case,

2.  JCF of LOCKPORT INC. ("JCF") filed a voluntary petition under Chapter 11 bankruptcy case on May 13, 2014 (the "Petition Date").

---

[1] On October 22, 2014, an Order was entered substantively consolidating the Chapter 11 cases of JCF of Lockport, Inc. and SCF Commercial Flooring, Inc.

-1-

3.　　No Committee of Unsecured Creditors was appointed to serve in the Debtors' Chapter 11 cases, but Gregg Szilagyi was appointed Chapter 11 Trustee on August 5, 2014 ("the Trustee").

4.　　SCF was formed in July 5, 2005, and was a union signatory for the Chicago Regional Counsel fo Carpenters.

5.　　On January 15, 2008, JCF was formed by SCF's sole shareholder, Jessie Serna. JCF was unable to sign a union contract. As a result, SCF would pay union dues and benefits while JCF performed the actual work using union employees.

6.　　In 2010, the trustees of the Chicago Regional Counsel of Carpenters' Pension Fund ("CRC") conducted an audit for the years 2007 through 2010, and assessed unpaid benefits in excess of $126,000 (the "CRC Claim"). On January 13, 2014, CRC filed the SCF Involuntary Case.

7.　　CRC is the Debtors' largest, and, upon information and belief, only creditor.

8.　　After review of the Debtor's financial condition, and assessment of the feasibility of proposing a plan of reorganization, the Trustee has decided to file a motion to convert or dismiss the Debtors' Chapter 11 cases (the "Motion"). The Motion is largely the result of the Trustee's determination that a plan of reorganization is not necessary, given the Debtors' apparent settlement with CRC. In the event the Debtors' settlement with CRC is finalized, the Trustee will request that an Order be entered dismissing the Debtors' Chapter 11 cases. If settlement is not achieved with CRC, the Trustee will request conversion of the Debtors' Chapter 11 cases to a case under Chapter 7 of the Bankruptcy Code.

**Jurisdiction**

9. Jurisdiction of this court arises pursuant to 28 U.S.C. Sections 1334(b) and (d), and has been referred to this Court pursuant to 28 U.S.C. Section 157(a).

10. This court has jurisdiction over the settlement as a "core" proceeding pursuant to 28 U.S.C. Section 157(b).

11. Venue is proper in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. Section 1409.

12. This matter is brought pursuant to Sections 330 and 331 of the Bankruptcy Code.

**The Fee Motion**

13. By this Motion, CHSWC requests an allowance of final compensation in the amount of $6,388.00 for services rendered and $32.94 for fees incurred during the period commencing August 19, 2014, through and including March 31, 2015.

**CHSWC BIOGRAPHICAL INFORMATION**

14. CHSWC is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, insolvency and commercial matters. The firm is comprised of six (6) members and one (1) associate, all of whom have significant experience and expertise in the law firm's area of concentration. The following is certain biographical information pertaining to Scott R. Clar, who provided the bulk of the services in this case.

**SCOTT R. CLAR**

Scott R. Clar is a member of the law firm of Crane, Heyman, Simon, Welch & Clar, and has been a practicing attorney in the State of Illinois since 1982. He has been

primarily responsible for the representation of the Trustee in this case. From January, 1985, through September, 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as well as supervised Chapter 7 panel trustees. From September, 1986, through December, 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice in the areas of bankruptcy and insolvency related matters. In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC, and became a partner in 1994. His practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and various creditors. Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars. He is a member of the Federal Trial Bar. He is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

15.    BRIAN P. WELCH is an associate with CHSWC whose practice is primarily focused in the fields of bankruptcy, business reorganization, debtor's and creditor's rights, insolvency, and commercial litigation. He has represented a diverse group of clients including individual and corporate debtors in Chapter 11 and Chapter 7 proceedings, secured and unsecured creditors, estate representatives such as Chapter 7 and Chapter 11 trustees, plan administrators and assignees for the benefit of creditors. He has a broad range of experience in both State and Federal Courts, including representation of creditors in State Court, with respect to contract and mortgage foreclosure actions.

Prior to joining CHSWC, Mr. Welch was an associate in the Chicago Bankruptcy & Creditors' Rights and Litigation groups at Arnstein & Lehr LLP. He graduated *cum laude*

from The John Marshall Law School in 2011 and received his B.A. from the University of Illinois in 2008. While in law school, he was a member of The John Marshall Law Review and served on the The John Marshall Moot Court Honors Executive Board. Mr. Welch represented The John Marshall Law School in several national inter-scholastic competitions, including the Hon. Conrad B. Duberstein Bankruptcy Moot Court Competition (Spring 2011), where his team received an "Outstanding Brief" award, and the Pepperdine University School of Law National Entertainment Law Moot Court Competition (Fall 2010), where his team was named a national quarter finalist.

Mr. Welch is admitted to practice in the United States Court of Appeals for the Seventh Circuit, the United States District Court for the Northern District of Illinois and in the State of Illinois. He is an active member of the American Bankruptcy Institute, the American Bar Association, and the Illinois State Bar Association. He has been published in various local and national publications. His articles include:

Co-Author, "Abstention: Recent Developments", Norton Annual Survey of Bankruptcy Law, Volume 2012, Issue 2012, 2012 Ann. Surv. Bankr. Law 18 (2012).

"7th Circuit Successor Liability Law as Extended by Ordonez v. Akorat", Illinois State Bar Ass'n, Commercial Banking, Collections & Bankruptcy Law, Vol. 56, No. 4 (February 2012).

Co-Author, Chapter: "The Impact of Foreclosure and Bankruptcy on Commercial Leases", Advanced Commercial Landlord-Tenant Law, National Business Institute (June 2012).

Brian P. Welch, Comment, *Unconscionable Amateurism: How the NCAA Violates Anti-Trust by Forcing Athletes to Sign Away Their Image Rights*, 44 J. Marshall L. Rev. 533 (2011).

16. The hourly rates charged by CHSWC for legal services rendered in this bankruptcy case are as follows:

| **Attorney** | **2014 Rate** | **2015 Rate** |
|---|---|---|
| Eugene Crane ("EC") | $495.00 | $495.00 |
| Arthur G. Simon ("AGS") | $490.00 | $495.00 |
| David K. Welch ("DKW") | $490.00 | $495.00 |
| Scott R. Clar ("SRC") | $490.00 | $495.00 |
| Jeffrey C. Dan ("JCD") | $415.00 | $420.00 |
| John H. Redfield ("JHR") | $390.00 | $395.00 |
| Brian P. Welch ("BPW") | $295.00 | $300.00 |
| Thomas W. Goedert ("TWG") | $425.00 | $430.00 |

These hourly rates are the customary and usual rates which CHSWC charges clients on matters of this nature.

17. The total time expended by CHSWC attorneys in connection with this Chapter 11 case during the period commencing August 19, 2014 through and including March 31, 2015 is as follows:

**JCF**

| Attorney | 2014 Hours | 2015 Hours | Total Hours |
|---|---|---|---|
| Scott R. Clar ("SRC") | 4.3 | 3.9 | 8.2 |
| Brian P. Welch ("BPW") | -- | 2.2 | 2.2 |
| Total: | 4.3 | 6.1 | 10.4 |

**SCF**

| Attorney | 2014 Hours | 2015 Hours | Total Hours |
|---|---|---|---|
| Scott R. Clar ("SRC") | 2.7 | .5 | 3.2 |
| Brian P. Welch ("BPW") | -- | .4 | .4 |
| Total: | 2.7 | .9 | 3.6 |

## LEGAL SERVICES RENDERED

18. The legal services rendered by CHSWC, as more fully described in Exhibits A through D, have been divided into the following categories:

-6-

A.  **GENERAL ADMINISTRATION**

The services rendered in this category include telephone conferences with the Trustee, counsel for the Carpenters' Union and counsel for the Debtors regarding status of the case regarding the Trustee's appointment, review and analysis of the Debtors' schedules and statement of financial affairs, and other matters pertaining to gaining knowledge of the status of and docket in the Debtors' Chapter 11 cases.

Total Time Expended:   1.8 hours

| Attorney | 2014 Hours | 2015 Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | 1.8 | -- | $882.00 |
| **Total:** | **1.8** | **--** | **$882.00** |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

B.  **ISSUES CONCERNING MOTIONS FOR FEES FILED BY DEBTORS' COUNSEL AND SUBSTANTIVE CONSOLIDATION OF THE DEBTORS' CHAPTER 11 CASES**

CHSWC expended fees in connection with the continuing motions of the Debtors' Counsel for compensation, substantive consolidation of the Debtors' Chapter 11 cases and the United States Trustee's Motion with respect to fees requested by Debtors' counsel.

Total Time Expended:   _ hours

| Attorney | 2014 Hours | 2015 Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | 5.2 | 2.0 | $3,538.00 |
| Brian P. Welch ("BPW") | -- | 1.6 | 480.00 |
| **Total:** | **5.2** | **3.6** | **$4,018.00** |

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

C. **MATTERS CONCERNING CONVERSION OR DISMISSAL OF THE DEBTORS' CHAPTER 11 CASES**

Time was expended by CHSWC in connection with the Trustee's decision to either file a plan of reorganization or move to convert or dismiss the Debtors' Chapter 11 cases. Numerous telephone conversations with the Trustee, counsel for the Debtors and counsel for the Carpenters' Union too place, ultimately resulting in the Trustee's decision to move to convert or dismiss the Debtors' Chapter 11 case.

Total Time Expended: <u>2.4</u> hours

| Attorney | 2014 Hours | 2015 Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | -- | 1.8 | $813.00 |
| Brian P. Welch ("BPW") | -- | .6 | <u>180.00</u> |
| **Total:** | | **2.4** | **$993.00** |

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

D. **PREPARATION OF THIS FEE MOTION**

CHSWC spent time preparing this motion.

| Attorney | 2014 Hours | 2015 Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | -- | 1.0 | <u>$495.00</u> |
| **Total:** | | **1.0** | **$495.00** |

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category.

-8-

## EXPENSES INCURRED

19. During the course of the representation of the Trustee, CHSWC has incurred necessary expenses for which reimbursement is sought. The total amount of expenses for the period commencing August 19, 2014 through and including March 31, 2015 is $32.94 . Attached to this motion as **Exhibit E** is an itemization of the expenses incurred.

## CONCLUSION

20. Other than as provided in Section 504(b) of the Bankruptcy Code, CHSWC has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity. No promises concerning compensation have been made to CHSWC by any person, firm or entity.

21. CHSWC asserts that the final compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services. CHSWC further asserts that the cost of legal services rendered for and on behalf of the Trustee is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

22. CHSWC asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Trustee.

WHEREFORE, for the foregoing reasons, Scott R. Clar and the law firm of Crane, Heyman, Simon, Welch & Clar, counsel for Gregg Szilagyi, Trustee, prays for the entry of an order pursuant to Section 330 of the Bankruptcy Code, as follows:

      a)     Allowing final compensation and reimbursement of expenses to CHSWC in the amounts of $6,388.00 and $32.94, respectively for services provided and expenses incurred from the period commencing August 19, 2014 through and including March 31, 2015;

      b)     Authorizing payment by the Trustee to CHSWC of the sums of $6,388.00 in fees, and $32.94 of expenses; and

      c)     Granting such other relief as may be just and equitable.

                                  CRANE, HEYMAN, SIMON, WELCH & CLAR

                                  By: /s/Scott R. Clar

**Counsel for Trustee**
Scott R. Clar, Esq.
(Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\JCF of Lockport\Pay CHSWC.mot and NOM.wpd